IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TREVOR WINTERS,<br><br>    *Plaintiff*,<br><br>vs.<br><br>JB LINE CONSTRUCTION, LLC, AND JOSEPH ERICKSON, *individually and jointly*,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-00085<br><br>Electronically Filed |

## NOTICE OF SUBSTITUTION OF APPEARANCE

The Workers' Rights Law Group LLP is counsel to Plaintiff, Trevor Winters, in the above-captioned matter. Kindly substitute the appearance of Patrick W. Carothers, Esq. of The Workers' Rights Law Group, LLP as counsel of record for Plaintiff, in place of Erik M. Yurkovich, Esq. and Cynthia A. Howell, Esq., who are no longer with the firm.

Respectfully submitted,

**THE WORKERS' RIGHTS LAW GROUP, LLP**

Date: October 7, 2025

By: */s/ Patrick W. Carothers*
Patrick W. Carothers, Esq. (Pa. I.D. No. 85721)

The Workers' Rights Law Group, LLP
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.910.7500
Facsimile: 412.991.7510
patrick@workersrightslawgroup.com

*Counsel for Plaintiff, Trevor Winters*

## **CERTIFICATE OF SERVICE**

I hereby certify that October 7, 2025, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

                                                                By: */s/ Patrick W. Carothers*
                                                                      Patrick W. Carothers, Esq.
                                                                      Pa. I.D. No. 85721